**FILED**

JUN **1 8** 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:24CR308 HEA** |
| | ) | |
| RONALD SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri,

and Derek J. Wiseman, Assistant United States Attorney, and hereby enter their appearance on

behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

_/s/ Derek J. Wiseman_
DEREK J. WISEMAN #67257MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200