FILED
JUN 1 8 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:24CR308 HEA |
| RONALD SIMPSON, ) | |
| Defendant. ) | |

**WAIVER OF INDICTMENT**

I, Ronald Simpson, the above-named defendant, who is accused of one count of wire fraud, in violation of Title 18, United States Code, Section 1343, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 6-18-2024, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
RONALD SIMPSON
Defendant

_____
SCOTT ROSENBLUM
Attorney for Defendant

Before
  UNITED STATES DISTRICT COURT JUDGE
  EASTERN DISTRICT OF MISSOURI