UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:24-cr-308-HEA |
| RONALD SIMPSON, | ) ) ) |
| Defendant. | ) |

**FIRST MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

Defendant Ronald Simpson, by and through counsel, moves this Court to extend the time to file his objections to the Presentence Investigation Report by 10 days. In support of this motion, Defendant states as follows:

1. Counsel received Defendant's PSR on August 13.

2. Defendant received the PSR from counsel on August 20.

3. Defendant has reviewed the PSR but has yet to discuss it with counsel because of counsel's schedule.

4. Defendant and counsel are scheduled to discuss the PSR late this week.

For the reasons above, Defendant respectfully requests this Court extend the time to file his objections to the Presentence Investigation Report by 10 days.

1

        Respectfully submitted,

By:   */s/ ADAM FEIN*

Adam Fein
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO 63105
(314) 862-4332
afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

    I certify that on August 27, 2024, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Derek J. Wiseman, Assistant United States Attorney.