UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:24-cr-308-HEA |
| RONALD SIMPSON, | ) ) ) |
| Defendant. | ) ) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Ronald Simpson, by and through counsel, moves this Court to continue the sentencing scheduled for September 17 to on or about November 17. In support of this motion, Defendant states as follows:

1. Pretrial motions, replies, and sentencing memoranda in other matters have left counsel with insufficient time to prepare for Defendant's sentencing.

2. Counsel has additional motions and memoranda due throughout this month and the next and a trial set for October 28 in the Southern District of Illinois.

3. Counsel has discussed this matter with Assistant United States Attorney Derek Wiseman.

4. Mr. Wiseman does not oppose Defendant's request.

For the reasons above, Defendant respectfully requests this Court continue the sentencing scheduled for September 17 to on or about November 17.

1

                    Respectfully submitted,

By:   */s/ ADAM FEIN*

      Adam Fein
      Attorney for Defendant
      120 S. Central Avenue, Suite 130
      Clayton, MO 63105
      (314) 862-4332
      afein@rsflawfirm.com

**CERTIFICATE OF SERVICE**

     I certify that on September 10, 2024, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Derek J. Wiseman, Assistant United States Attorney.