UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CR-308 HEA |
| RONALD SIMPSON, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for September 17, 2024, is reset to November 19, 2024, at 2:30 p.m. in the courtroom of the undersigned.

Dated this 11th day of September, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE