UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cr-308-HEA |
| | ) |
| RONALD SIMPSON, | ) |
| | ) |
| Defendant. | ) |

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Ronald Simpson, by and through counsel, moves this Court to continue the sentencing scheduled for November 19 to around January 15. In support of this motion, Defendant states as follows:

1. A medical condition, doctor visits, and tests and treatments slowed counsel's work during the last two weeks.

2. Work has resumed, but counsel has reset court appearances and due dates to accommodate the slowdown.

3. As a result, additional time is necessary to prepare for sentencing.

4. Counsel has discussed this matter with Assistant United States Attorney Derek Wiseman.

5. Mr. Wiseman does not oppose counsel's request.

For the reasons above, Defendant respectfully requests this Court continue the sentencing scheduled for November 19 to around January 15.

          Respectfully submitted,

By:   */s/ ADAM FEIN*

Adam Fein
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO 63105
(314) 862-4332
afein@rsfjlaw.com

## CERTIFICATE OF SERVICE

    I certify that on November 7, 2024, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Derek J. Wiseman, Assistant United States Attorney.

2