UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CR-308HEA |
| RONALD SIMPSON, | ) |
| Defendant. | ) |

### **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for November 19, 2024, is reset to **January 16, 2025**, at **1 p.m.** in the courtroom of the undersigned.

Dated this 8th day of November, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE