

Your Honor,

  I would like to share the profound impact that Ron Simpson's actions have had on Webster University, its students, and the faculty and staff who place their trust in this institution every day. As you may know, our university is dedicated to providing a high-quality education in an environment that nurtures integrity, responsibility, and trust. When an individual in a position of authority and responsibility, such as a Global IT Director, violates this trust, it leaves scars that extend far beyond financial loss.

  First, I must emphasize that Ron Simpson's theft of critical IT equipment struck a serious blow to our financial stability. Like many institutions, our university has been navigating challenging financial circumstances. The loss of funds to replace stolen equipment has forced us to redirect money away from essential programs and resources that directly benefit our students. These are resources we depend on to provide a quality education, a smooth operational experience, and innovative tools that support learning. When the equipment meant to support students and faculty is taken for personal gain, our students and staff suffer from a diminished educational experience.

  Second, the theft affected our ability to provide a seamless, technologically supported environment for students, faculty, and staff. When vital equipment disappears, especially in an institution where every dollar matters, it causes operational disruptions. Our students have experienced delays in accessing important resources, and faculty have been hindered in their ability to teach effectively. Technology is the backbone of a modern educational experience, and without it, we are unable to provide the quality of service our students deserve. The loss of this equipment has set us back in our efforts to advance our technology and fulfill our mission.



Perhaps most painfully, the impact on morale has been profound. Ron Simpson held a position of trust. His betrayal has deeply hurt not only the team he directly managed but also the broader community that relied on his integrity. Staff and faculty who worked with him now feel shaken, questioning how someone in a trusted leadership role could act so selfishly and recklessly. It is incredibly difficult to rebuild that trust, and the psychological toll of that betrayal is felt every day. This incident has left an indelible mark on our community's spirit, diminishing the confidence we once had in our systems and in each other.

In addition to these operational and emotional damages, the theft has caused substantial reputational harm to our institution. Universities are held to a high standard, especially by students, parents, alumni, and community partners who expect ethical leadership and prudent management of resources. News of the theft has circulated, leading to questions from prospective students, potential donors, and key stakeholders about the safety and reliability of our institution. This incident has not only damaged our standing within the educational community but also risks diminishing the trust that prospective students, parents, and supporters place in us. Rebuilding that trust will require time, effort, and resources that should instead be directed toward our mission.

In closing, Ron Simpson's actions were not simply a theft of equipment; they were a theft of credibility, trust, and morale. Our students, faculty, and staff deserve better. We are a resilient community, and we will continue to work towards healing and recovery, but we ask the Court to consider the full weight of his actions as you deliberate on this matter.

Thank you.



G▬ M▬

Global Chief Information Officer

