UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cr-308-HEA |
| | ) |
| RON SIMPSON, | ) |
| | ) |
| Defendant. | ) |

**ACCEPTANCE TO PRESENTENCE REPORT**

Defendant Ron Simpson, by and through counsel, accepts and has no objection to the factual claims and legal conclusions submitted to this Court in the Presentence Investigation Report.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON, PC

By:   /s/ Adam Fein

Adam Fein, #52255
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO 63105
(314) 862-8050
(314) 862-4332
afein@rsfjlaw.com

1

## CERTIFICATE OF SERVICE

  I certify that on January 15, 2025, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Derek Wiseman, Assistant United States Attorney.