UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:24-cr-00308-HEA |
| RONALD SIMPSON, | ) ) ) |
| Defendant. | ) |

**STATEMENT OF THE GOVERNMENT
REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Derek J. Wiseman, Assistant United States Attorney for said District, and pursuant to Paragraph 7 of the Administrative Order of this Court (July 12, l988), states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 */s/ Derek J. Wiseman*
DEREK J. WISEMAN, #67257MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
derek.wiseman@usdoj.gov
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                          */s/ Derek J. Wiseman*
                                          DEREK J. WISEMAN, #67257MO
                                          Assistant United States Attorney