UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24CR00308 HEA |
| ) | |
| RONALD SIMPSON, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 16, 2025, Defendant Ronald Simpson was sentenced for the offense of Wire Fraud, in violation of Title 18, United States Code, Section 1343;

AND WHEREAS, this Court's Preliminary Order of Forfeiture included a money judgment against Defendant and in favor of the United States in the amount of $2,188,704.20;

AND WHEREAS, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), the Court's Preliminary Order of Forfeiture became final as to the Defendant upon sentencing;

AND WHEREAS, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and (c)(1), to the extent that the Court's forfeiture order consists of a money judgment and does not identify specific property to be forfeited, neither notice to third parties nor an ancillary proceeding is required;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That this Court's Preliminary Order of Forfeiture is hereby made final.

2. That Defendant is ordered to forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of Wire Fraud.

1

3. That a money judgment is entered against Defendant and in favor of the United States in the sum of $2,188,704.20, and that Defendant is directed to pay that amount.

4. That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production

5. That the United States District Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____, 2025.

_____
HONORABLE HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE